FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 25 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAFAEL SOLIS TAPIA,<br><br>    Petitioner,<br><br>v.<br><br>A. NEIL CLARK,<br><br>    Respondent. | CASE NO. C08-850-JLR-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus is DISMISSED as moot; and

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Donohue.

DATED this 25th day of July, 2008.

                        JAMES L. ROBART
                        United States District Judge

08-CV-00850-ORD

ORDER